# ACKNOWLEDGMENT AND NOTICE OF APPEARANCE

Short Title: Martinez v. City of New York        Docket No.: 23-1175

Lead Counsel of Record (name/firm) or Pro se Party (name): Scott A. Korenbaum/Scott A. Korenbaum, Esq.

Appearance for (party/designation): Plaintiff-appellee

## DOCKET SHEET ACKNOWLEDGMENT/AMENDMENTS

**Caption** as indicated is:
- [✔] Correct
- [ ] Incorrect.  See attached caption page with corrections.

**Appellate Designation** is:
- [✔] Correct
- [ ] Incorrect.  The following parties do not wish to participate in this appeal:
  Parties: _____
- [ ] Incorrect.  Please change the following parties' designations:
  Party                              Correct Designation

**Contact Information** for Lead Counsel/Pro Se Party is:
- [✔] Correct
- [ ] Incorrect or Incomplete.   As an e-filer, I have updated my contact information in the PACER "Manage My Account" screen.

Name: Scott A. Korenbaum
Firm: Scott A. Korenbaum, Esq.
Address: 14 Wall Street, Suite 1603, New York, NY  10005
Telephone: 212-587-0018                         Fax: 212-587-0018
Email: scott@korenbaumlaw.com

## RELATED CASES

- [✔] This case has not been before this Court previously.
- [ ] This case has been before this Court previously.   The short title, docket number, and citation are:_____

- [ ] Matters related to this appeal or involving the same issue have been or presently are before this Court.   The short titles, docket numbers, and citations are: _____

## CERTIFICATION

I certify that [✔] I am admitted to practice in this Court and, if required by LR 46.1(a)(2), have renewed my admission on May 6, 2019 OR that [ ] I applied for admission on_____ or renewal on _____.  If the Court has not yet admitted me or approved my renewal, I have completed Addendum A.

Signature of Lead Counsel of Record: /s/ Scott A. Korenbaum
Type or Print Name: Scott A. Korenbaum
     OR
Signature of pro se litigant: _____
Type or Print Name:_____
- [ ] I am a pro se litigant who is not an attorney.
- [ ] I am an incarcerated pro se litigant.